Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

PHILIPPINE NATIONAL BANK, Respondent, v. BANCO DI ROMA, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

LEILA O. HENRIQUES, Appellant, v. CLARA A. MARCH and Others, Respondents, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

AMERICAN UNION LINE, INC., Respondent, v. ORIENTAL NAVIGATION CORPORATION, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of the Petition of EVELYN S. DONCHIAN and Others, as Executors, etc., of JOHN B. DONCHIAN, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JOSEPH SUCHANEK, an Infant, etc., Respondent, v. HENRY C. FISCHER, Appellant. MARY SUCHANEK, Respondent, v. HENRY C. FISCHER, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

EDWARD A. VELLER, as Survivor, etc., Respondent, v. BEVERWYCK COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, Appellant, v. THOMAS H. GUY, Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

PAUL MEYER, Respondent, v. WOODWARD-BROWN REALTY CO., INC., Appellant. — Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB YALE WILKINS, Respondent, v. M. ASCHER SILK CORPORATION and Others, Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB YALE WILKINS, Respondent, v. M. ASCHER SILK CORPORATION and Other Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dc ling, Smith, McAvoy and Martin, JJ.

HENRIETTA E. O'CONNOR, Respondent, v. CHARLES A. OLLINS, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, J., Dowling, Smith, McAvoy and Martin, JJ.

MAX JAFFE and Others, Appellants, v. STEPHEN M. WELD and Others, Respondents.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MAURICE O'MEARA COMPANY, Appellant, v. THE NATIONAL PARK BANK OF NEW YORK, Respondent.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

LEWIS B. DOLGOFF, Appellant, v. MAX SCHNITZER and Others, Respondents.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

KENNETH FAIRBANKS, Respondent. v. FERDINAND C. TOWNSEND and Others,